FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of The Fort Green National Bank in New York, Respondent, *v.* PHILIP APFELBAUM et al., Defendants, and JAMES H. HICKEY et al., Appellants.

Argued April 5, 1945; decided May 17, 1945.

*James H. Hickey,* appellant in person.

*George A. Roland* for Howard Chardavoyne and another, as executors of Henry S. Chardavoyne, deceased, appellants.

*N. William Welling, Francis C. Brown* of the District of Columbia Bar, *James M. Kane* of the Illinois Bar and *Sidney R. Nussenfeld* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.